

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY EDWARD COTINOLA,<br><br>    Petitioner,<br><br>    vs.<br><br>CONNIE GIPSON, Warden,<br><br>    Respondent. | Case No. EDCV 13-1004-JAK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING REQUEST FOR EVIDENTIARY HEARING |

On January 13, 2014, the assigned Magistrate Judge issued a Report and Recommendation in which he recommended that respondent's Motion to Dismiss for untimeliness be granted. This recommendation was based on the Magistrate Judge's findings that unless a basis for tolling the statute existed, petitioner's last day to file his federal habeas petition was June 28, 2012; that petitioner was not entitled to any statutory tolling of the limitation period; that petitioner was not entitled to any equitable tolling of the limitation period; and that petitioner had not made a sufficient showing for application of the "actual innocence" exception to the AEDPA statute of limitations.

On February 3, 2014, petitioner filed objections to the Report and Recommendation. As part of his objections, petitioner requested an evidentiary hearing on his actual innocence claim.

1

1  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records
2  on file herein, the Report and Recommendation, and petitioner's objections thereto.
3  Having made a <u>de novo</u> determination of those portions of the Report and
4  Recommendation to which objections have been made, the Court accepts the findings
5  and recommendations of the Magistrate Judge. Further, the Court finds that there is
6  no need for an evidentiary hearing on petitioner's actual innocence claim.
7  IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary
8  hearing is denied; (2) respondent's Motion to Dismiss is granted; and (3) Judgment
9  be entered dismissing this action with prejudice.

DATED: February 7, 2014

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE