UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY EDWARD COTINOLA,<br><br>    Petitioner,<br><br>vs.<br><br>CONNIE GIPSON, Warden,<br><br>    Respondent. | Case No. EDCV 13-1004-JAK (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge and Denying Request for Evidentiary Hearing,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 7, 2014

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE